IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 PM 4:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AMERICOACH TOURS, INC.,

    Plaintiff,

VS.                           NO. 05-2067-MaV

DETROIT DIESEL CORP., ET AL.,

    Defendants.

## ORDER OF TRANSFER

On May 13, 2005, Magistrate Judge Diane Vescovo entered an order consolidating this case with a related case pending before District Judge J. Daniel Breen. The above-styled case is therefore transferred to Judge J. Daniel Breen in exchange for an equivalent case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from "Ma" to "B."

It is so ORDERED this 30K day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-14-05

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02067 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT